NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JARMEEL BENNETT, DOC #Y43030,　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-519
　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　 )
_____)

Opinion filed September 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Charlotte County; George C. Richards, Judge.


PER CURIAM.


　　　　　　Affirmed.


VILLANTI, MORRIS, and LUCAS, JJ., Concur.